IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS WAYLON BOYD                                                                              PETITIONER

v.                                           Case No. 5:19-cv-00223 KGB/JTK

WENDY KELLEY, Director of the
Arkansas Department of Correction                                                           RESPONDENT

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 21).  Plaintiff Thomas Waylon Boyd filed multiple objections to the Proposed Findings and Recommendations and several motions seeking specific relief (Dkt. Nos. 22–43). After careful review of the Proposed Findings and Recommendations and Mr. Boyd's objections and other filings, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations as its findings in all respects (Dkt. No. 21).  Many of Mr. Boyd's objections are vague and confusing.  The remainder of Mr. Boyd's objections simply restate assertions raised in his petition for writ of *habeas corpus* or are unresponsive to his claim.  The Court has adopted Judge Kearney's analysis and reasoning as its own; the Court will not repeat that analysis with respect to Mr. Boyd's restated objections.  For these reasons, the Court adopts the Proposed Findings and Recommendations as its findings in all respects (Dkt. No. 21).

Also before the Court are Mr. Boyd's several pending motions:  motion to progress and reply to Ms. Kelley's response (Dkt. No. 23), motion to advance within offer of proof (Dkt. No. 24), motion to appoint counsel (Dkt. No. 29), motion to extend time (Dkt. No. 38), and motion for summary judgment, to dismiss charges, and to collect judgment (Dkt. No. 43).  Having dismissed

with prejudice Mr. Boyd's petition for writ of *habeas corpus*, the Court denies these motions without prejudice as moot (Dkt. Nos. 23, 24, 29, 38, 43).

It is therefore ordered that:

1. The Court denies with prejudice Mr. Boyd's petition for writ of *habeas corpus* and denies all requested relief.

2. The Court denies without prejudice Mr. Boyd's remaining pending motions as moot (Dkt. Nos. 23, 24, 29, 38, 43).

3. The Court denies a certificate of appealability because the Court is not persuaded that Mr. Boyd can make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

It is so ordered this 30th day of September, 2020.

_____
Kristine G. Baker
United States District Judge