IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS WAYLON BOYD**                                              **PETITIONER**

v.                          Case No. 5:19-cv-00223 KGB/JTK

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                            **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Thomas Waylon Boyd's writ of *habeas corpus* is dismissed with prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 2253(c)(2), that a certificate of appealability is denied because the Court is not persuaded that Mr. Boyd can make a substantial showing of the denial of a constitutional right.

It is so adjudged this 30th day of September, 2020.

_____
Kristine G. Baker
United States District Judge